# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ADAM AND BRANDI ROUSSEL

VERSUS

DANIEL ANDREW MOORE, ALLYSON
MICHELLE THIBODEAUX, KATIE
MOORE DESSELLE, PENNANT REAL
ESTATE, L.L.C., KEVIN
DINKEL, ADVANTAGE SERVICES,
INC., AND REPUBLIC-VANGUARD
INSURANCE COMPANY

NO.  2021 CW 0929

NOVEMBER 5, 2021

---

In Re:    Advantage Services, Inc. and Kevin Dinkel, applying
          for supervisory writs, 23rd Judicial District Court,
          Parish of Ascension, No. 130637.

---

BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.

WRIT NOT CONSIDERED. The writ application did not include a copy of the minutes of the hearing in violation of Rule 4-5(C)(10) of the Uniform Rules of the Louisiana Courts of Appeal or the transcript. Without this information, we cannot determine what evidence the trial court considered.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 22, 2021, and must contain a copy of this ruling.

VGW
AHP
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT